BRIAN SAMUEL CRONE, State Bar No. 191731
ERICK C. TURNER, State Bar No. 236186
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA  95833
(916) 564-2000
(916) 564-2024 FAX

Attorneys for Defendant
WALGREEN CO.

**UNITED STATES DISTRICT COURT**

**STATE OF CALIFORNIA, EASTERN DISTRICT**

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | Case No. 1:10-CV-01703-LJO-SMS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO SET ASIDE ENTRY OF DEFAULT** |
| WALGREENS CO. dba WALGREENS AND BDC CLOVIS L.P., | |
| Defendants. | |

**I.   STIPULATION**

WHEREAS, Plaintiff Natividad Gutierrez ("Plaintiff"), filed a Request to Enter Default on November 15, 2010, against Defendant Walgreen Co. ("Walgreens") on the Complaint.

WHEREAS, the Clerks Certificate of Entry of Default was issued by the Court on November 18, 2010.

WHEREAS, Plaintiff has not prepared or filed a motion for entry of default judgment and default judgment has not been granted against Walgreens.

WHEREAS, Plaintiff and Walgreens have agreed to set aside the Request to Enter Default and the Clerks Certificate of Entry of Default.

WHEREAS, the parties wish to take the following steps to enable Walgreens to participate in this matter:

PDF created with pdfFactory trial version www.pdffactory.com

1.   The Request to Enter Default filed against Walgreens on November 15, 2010, and Clerks Certificate of Entry of Default of November 18, 2010, shall be set aside;

2.   Walgreens shall be permitted to file with the Court the accompanying answer to the Complaint of Plaintiff.  (Attached as Exhibit "A" hereto is Walgreens' Answer to Complaint)

DATED: November 19, 2010                    BERRY & BLOCK LLP

By  /s/ *Brian Samuel Crone, Esq.*
BRIAN SAMUEL CRONE
ERICK C. TURNER
Attorneys for Defendant
WALGREEN CO.

DATED: November 19, 2010                    MOORE LAW FIRM

By  /s/ *Tanya Moore, Esq.*
TANYA MOORE
Attorneys for Plaintiff
Natividad Gutierrez

## II.   ORDER

Based on the foregoing, and for good cause shown, IT IS HEREBY ORDERED that the Parties' Stipulation to Set Aside Entry of Default be, and hereby is, granted.  Plaintiff's Request to Enter Default filed on November 15, 2010, and the Clerks Certificate of Entry of Default of November 18, 2010, are hereby set aside.  Walgreens shall file with the Court the Answer to the Complaint of Plaintiff on or before – Court notes defendant Walgreens Answer was filed on November 18, 2010 [Doc. 11].

**IT IS SO ORDERED.**

Dated:  November 19, 2010                    /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE

2
**STIPULATION TO SET ASIDE DEFAULT**

PDF created with pdfFactory trial version www.pdffactory.com