Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>WALGREENS CO. dba WALGREENS and BDC CLOVIS L.P.,<br><br>            Defendants. | No. 1:10-CV-01703-LJO-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Walgreen Co. and BDC Clovis, L.P., the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: July 8, 2011                                              MOORE LAW FIRM, P.C.

                                                                           /s/ Tanya E. Moore
                                                                           Tanya E. Moore
                                                                           Attorneys for Plaintiff Natividad Gutierrez

//

//

*Gutierrez v. Walgreens Co., et al.*
Stipulation for Dismissal; Order

Page 1

| | |
|---|---|
| Date: July 8, 2011 | BERRY & BLOCK LLP |
| | |
| | /s/ Erick C. Turner |
| | Erick C. Turner, Attorneys for Defendant Walgreen Co. |
| Date: July 8, 2011 | BRAGG & KULUVA |
| | |
| | /s/ Kenneth L. Dziesinski |
| | Kenneth L. Dziesinski, Attorneys for Defendant BDC Clovis L.P. |

## **ORDER**

The parties having so stipulated,

This action is to be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **July 8, 2011**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

*Gutierrez v. Walgreens Co., et al.*
Stipulation for Dismissal; Order